**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **WILLIE WADE,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:17-CV-1017-N** |
| ) | |
| **CITY OF DALLAS, ET AL.,** ) | |
| **Defendants.** ) | |

<u>**ORDER**</u>

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 21st day of July, 2017.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE